```
BENJAMIN B. WAGNER
United States Attorney
JEREMY R. JEHANGIRI
Assistant United States Attorney
4401 Federal Courthouse
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
     United States of America
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>   v.<br><br>JIMMIE JOE MONTOYA,<br><br>             Defendant. | 1:11-CR-00195-AWI<br><br>PRELIMINARY ORDER OF FORFEITURE |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Jimmie Joe Montoya, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 2253, defendant Jimmie Joe Montoya's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a. Western Digitial Hard Disk Drive (500 GB), bearing serial number WD-WCASYD241961,

    b. Dell Desktop Computer, bearing serial number 92H7531,

    c. Seagate Hard Disk Drive (200 GB), bearing serial number 4LVOGTPT,

    d. Compaq Laptop Computer, bearing serial number CNF0181TT3,

Preliminary Order of Forfeiture

1

   e. Seagate Hard Disk Drive (250 GB), bearing serial number 6VC3YLMV,

   f. Compact discs located in defendant's bedroom on the dates of seizure, and

   g. Samsung Digital Camera and SanDisk Secure Digital SD card.

 2. The above-listed assets constitute property containing visual depictions produced, transported, mailed, shipped, or received in interstate or foreign commerce in violation of 18 U.S.C. § 2253(a)(4)(B).

 3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the Department of Homeland Security, Customs and Border Protection in its secure custody and control.

 4. a. Pursuant to 18 U.S.C. § 2253(b), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site [www.forfeiture.gov](www.forfeiture.gov). The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

  b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the

official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

    5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2253, in which all interests will be addressed.

IT IS SO ORDERED.

Dated: __February 10, 2012__      _____
                                            CHIEF UNITED STATES DISTRICT JUDGE